UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,

        Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,

        Defendant.
------------------------------------------------------- X

Case No. 14-CV-8919-SHS

ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Bernard J. Garbutt III, of Morgan, Lewis & Bockius LLP, hereby enter my appearance as counsel of record for Defendant Deutsche Bank National Trust Company, as Trustee, in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: New York, New York
        November 25, 2014

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/Bernard J. Garbutt III
       Bernard J. Garbutt III (BG-1970)
       101 Park Avenue
       New York, New York 10178
       (212) 309-6000

*Attorneys for Defendant*
*Deutsche Bank National Trust Company, as Trustee*