UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal
Credit Union, Members United Corporate
Federal Credit Union, Southwest Corporate
Federal Credit Union, and Constitution
Corporate Federal Credit Union,

        Plaintiff,

   vs.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

        Defendant.

------------------------------------------------------- X

Case No. 14-CV-8919-SHS

ECF Case

**DEFENDANT'S
RULE 7.1 DISCLOSURE**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank National Trust Company ("DBNTC"), as trustee, for the relevant trusts referenced in Plaintiff's complaint herein, hereby states as follows:

1. DBNTC is a wholly-owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly-owned subsidiary of Deutsche Bank AG, a publicly held banking corporation organized under the laws of the Federal Republic of Germany. No publicly held company owns 10% or more of Deutsche Bank AG's stock; and

2. Many of the relevant residential mortgage-backed securitization trusts referenced in Plaintiff's complaint herein have issued mortgage-backed securities that are eligible for public trading. Certain holders of those securities may be publicly traded corporations.

Dated: New York, New York
November 25, 2014

        MORGAN, LEWIS & BOCKIUS LLP

        By: /s/Bernard J. Garbutt III
             Bernard J. Garbutt III (BG-1970)
             101 Park Avenue
             New York, New York 10178
             (212) 309-6000

*Attorneys for Defendant*
*Deutsche Bank National Trust Company, as Trustee*