UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, as Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal Credit Union,
Members United Corporate Federal Credit Union,
Southwest Corporate Federal Credit Union, and
Constitution Corporate Federal Credit Union,

           Plaintiffs,

  -against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

           Defendant.

---------------------------------------x

Index No. 14-cv-8919

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

  Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs.  I kindly request receipt of electronic ECF notifications in this matter.

  I certify that I am admitted to practice in this Court.

Dated: New York, New York    Respectfully submitted,
   February 26, 2015

         By: */s/ Danielle A. D'Aquila*
           Danielle A. D'Aquila
           WOLLMUTH MAHER & DEUTSCH LLP
           500 Fifth Ave
           New York, New York 10110
           Phone: (212) 382-3300
           Fax: (212) 382-0050
           ddaquila@wmd-law.com

          *Attorneys for the National Credit Union Administration Board*

## **CERTIFICATE OF SERVICE**

  I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                */s/ Danielle A. D'Aquila*