# KOREIN TILLERY

*Attorneys at Law*

205 North Michigan, Suite 1950
Chicago, Illinois 60601-4269

www.koreintillery.com

JOHN A. LIBRA
jlibra@koreintillery.com
*p: 312.641.9750*
*f: 312.641.9751*

September 9, 2015

**VIA ECF AND HAND DELIVERY**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      Re:    Nat'l Credit Union Admin. Board v. Deutsche Bank Nat'l Trust Co., No. 14-cv-8919 (S.D.N.Y.)

Dear Judge Stein:

      We represent Plaintiffs in the above-referenced action. We write to bring to the Court's attention the opinion attached hereto as Exhibit A that was issued yesterday in an action asserting nearly identical claims brought against another RMBS trustee, Citibank, N.A. *See Fixed Income Shares: Series M, et al. v. Citibank, N.A.*, No. 14-cv-9373 (JMF) (S.D.N.Y. Sept. 8, 2015), (Furman, J.), ECF No. 52, (the "*Citibank* Order"). The *Citibank* Order is relevant to Defendant's pending motion to dismiss. In *Citibank*, Judge Furman held that allegations similar to those at issue here were sufficient to state a claim for breach of contract relating to seller breaches of representations and warranties (*id*. at 15-18) and for post-event of default obligations (*id*. at 18-21). Judge Furman also held that the plaintiffs adequately plead negligence and breach of fiduciary duty claims relating to the duty to avoid conflicts of interest (*id*. at 21-23). Finally, Judge Furman also found that a private right of action exists to enforce Trust Indenture Act ("TIA")

*One US Bank Plaza*
*505 North 7th Street, Suite 3600*
*Saint Louis, Missouri 63101*
*Tel: 314.241.4844 Fax: 314.241.3525*

*Korein Tillery is a Limited Liability Company*

9/9/15 Letter<br>Page 2

claims and that plaintiffs had sufficiently alleged "defaults" such that the TIA claims could proceed (*id*. at 6-10, 21).

              Respectfully Submitted,

              *[signature]*
              John A. Libra

cc:  Counsel of Record (via CM/ECF)