# Morgan Lewis

**Bernard J. Garbutt III**
+1.212.309.6084
bernard.garbutt@morganlewis.com

July 26, 2016

**VIA ECF**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1010
New York, NY 10007

Re: <u>Nat'l Credit Union Admin. Bd. v. Deutsche Bank Nat'l Trust Co.</u>, No. 14-cv-8919

Dear Judge Stein:

We represent the Trustee[1] in the above-referenced case and write regarding NCUA's letters to the Court dated July 22, 2016, Dkt.## 82, 83 (the "July 22 Letters"). The Trustee is analyzing the numerous issues raised in the July 22 Letters and intends to submit letters in response to the Court by Friday, August 5, 2016.

Respectfully submitted,

/s/ Bernard J. Garbutt III

cc: Counsel of Record (via ECF)

---

[1] All capitalized terms, and citing conventions, used herein are as described in the Trustee's memorandum of law in support of its motion to dismiss, dated May 1, 2015, Dkt.# 47.

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001