UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, *ET AL.*,

Plaintiffs,

-against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

Defendant.

14-cv-8919 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Oral argument having been held today on defendant's pending motion to dismiss [Doc. No. 46], for the reasons set forth on the record,

IT IS HEREBY ORDERED that:

1. This action is stayed until the earlier of January 31, 2019, or the decision of the U.S. Court of Appeals for the Second Circuit in *National Credit Union Admin. Bd. v. U.S. Bank Nat'l Ass'n*, No. 17-756. The parties shall notify the Court when the Second Circuit renders its decision;

2. Defendant's motion to dismiss the amended complaint [Doc. No. 46] is dismissed without prejudice to its renewal or reconfiguration after the stay is lifted; and

3. On or before August 31, 2018, plaintiff shall provide the Court a list of claims it is voluntarily dismissing.

Dated: New York, New York
July 31, 2018

SO ORDERED:

Sidney H. Stein, U.S.D.J.