# **EXHIBIT 1**

| | |
|---|---|
| **KOREIN TILLERY** <br> *Attorneys at Law* <br> Michigan Plaza <br> 205 North Michigan Avenue, Suite 1950 <br> Chicago, IL  60601-4263 <br> www.KoreinTillery.com | **John A. Libra** <br> *Attorney* <br> JLibra@KoreinTillery.com <br> *p:  (312) 899-5066* <br> *f:  (312) 641-9555* |

July 27, 2018

**VIA EMAIL**

Bernard J. Garbutt, III
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Bernard.garbutt@morganlewis.com

*Re:   National Credit Union Administration Board v. Deutsche Bank National Trust Company, Case No. 14-cv-08919 (SHS)*

Dear Bernie:

    I write on behalf of Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA") in response to your July 26, 2018 letter requesting a list of trusts that NCUA will voluntarily dismiss. As noted in our letter to the Court, NCUA is currently reviewing the trusts at issue and will work with DBNTC to file a joint stipulation pursuant to Federal Rule of Civil Procedure 41(a) to dismiss certain trusts. Although NCUA has not completed its final review and received all necessary authorizations to seek dismissal of any trusts, in the interest of efficiency and cooperation, NCUA states that it will likely seek to dismiss the CUSIPS identified on Ex. A. Please note that Ex. A includes the AHM 2006-2 and SAST 2006-3 trusts referenced in your letter.   It also includes all trusts governed by an indenture.

    We share Ex. A with you without prejudice to our rights to pursue claims on the trusts until they are dismissed from the action, and NCUA reserves the right to amend Ex. A to add or remove CUSIPs before any stipulation is filed with the Court.

Bernard J. Garbutt, III<br>
July 27, 2018<br>
Page 2

Please let us know if you have any questions.

                      Sincerely,

                      John A. Libra

cc:     Counsel of Record

# Exhibit A

| Trust | Tranche | CUSIP |
|---|---|---|
| AHM 2006-2 | IA3 | 02660YAM4 |
| AHM 2006-2 | IA4 | 02660YAN2 |
| AHM 2007-1 | A1C | 026932AC7 |
| AHM 2007-1 | A3 | 026932AE3 |
| AHM 2007-2 | I1A3 | 02660CAC4 |
| AHM 2007-2 | 12A1 | 02660CAD2 |
| AHM 2007-2 | I2A2 | 02660CAE0 |
| AHMA 2005-1 | 2A22 | 02660VAD0 |
| AHMA 2005-1 | 3M1 | 02660VAJ7 |
| AHMA 2005-2 | 1A1 | 02660VAY4 |
| AHMA 2007-2 | A2A | 026930AC1 |
| AHMA 2007-2 | A3 | 026930AS6 |
| AHMA 2007-3 | 12A2 | 026935AD8 |
| ARSI 2006-W1 | A2D | 040104RG8 |
| BCAP 2007-AA2 | 12A1 | 05530NAA5 |
| BCAP 2007-AA3 | IA1B | 05530VAB5 |
| BCAP 2007-AA3 | 2A1A | 05530VAN9 |
| BCAP 2007-AA3 | IIA1B | 05530VAP4 |
| CDCMC 2004-HE2 | M1 | 12506YCW7 |
| CDCMC 2004-HE2 | M2 | 12506YCX5 |
| DSLA 2007-AR1 | 2A1C | 23333YAE5 |
| FFML 2005-FFH4 | IIA3 | 32027NXB2 |
| FFML 2005-FFH4 | M2 | 32027NXE6 |
| FHLT 2004-4 | M1 | 35729PGT1 |
| FHLT 2004-4 | M2 | 35729PGU8 |
| FHLT 2004-4 | M3 | 35729PGV6 |
| GSAA 2007-5 | 2A2A | 3622ECAC0 |
| HVMLT 2004-7 | 2A1 | 41161PGG2 |
| HVMLT 2004-8 | 2A1 | 41161PGZ0 |
| HVMLT 2004-8 | 2A2 | 41161PHA4 |
| HVMLT 2004-8 | 2A4A | 41161PHC0 |
| HVMLT 2005-14 | B3 | 41161PXB4 |
| HVMLT 2006-14 | 2A1C | 41162NAE7 |
| HVMLT 2007-2 | 2A1B | 41164LAC3 |
| HVMLT 2007-2 | 2A1C | 41164LAD1 |
| HVMLT 2007-4 | 2A3 | 41164YAD3 |
| IMSA 2006-4 | A1 | 45257BAA8 |
| INABS 2006-H1 | A | 456606MZ2 |

| | | |
|---|---|---|
| INDA 2005-AR2 | 3A1 | 45660LZ28 |
| INDX 2004-AR5 | 2A1B | 45660NS48 |
| INDX 2004-AR5 | 2A2 | 45660NS55 |
| INDX 2005-AR10 | A2 | 45660LKX6 |
| INDX 2005-AR18 | 1A3B | 45660LWC9 |
| INDX 2005-AR18 | 2A3B | 45660LWH8 |
| INDX 2005-AR23 | 4A1 | 45660LF61 |
| INDX 2005-AR4 | 2A1B | 45660LEH8 |
| INDX 2005-AR4 | 2A2 | 45660LEJ4 |
| INDX 2005-AR5 | 2A2 | 45660LGS2 |
| INDX 2006-AR35 | 2A1A | 45667SAA5 |
| INDYL 2005-L1 | A | 456606HF2 |
| MSAC 2004-NC3 | M1 | 61744CBW5 |
| MSAC 2004-NC3 | M2 | 61744CBX3 |
| MSAC 2005-NC2 | M4 | 61744CPK6 |
| MSAC 2005-NC2 | M5 | 61744CPL4 |
| MSAC 2006-HE6 | A2C | 61750FAE0 |
| MSIX 2006-1 | A3 | 61749QAD2 |
| MSM 2004-11AR | 1B1 | 61748HGT2 |
| MSM 2004-11AR | 1A2A | 61748HHB0 |
| MSM 2005-11AR | A1 | 61748HTG6 |
| SAST 2006-3 | A4 | 80556AAD9 |
| SAST 2007-2 | A2C | 80556YAD7 |
| SVHE 2006-1 | A3 | 83611MKX5 |
| SVHE 2006-1 | A5 | 83611MKZ0 |