JOHN A. LIBRA
jlibra@koreintillery.com
*p:* 312.641.9750
*f:* 312.641.9751

KOREIN TILLERY
*Attorneys at Law*
205 North Michigan, Suite 1950
Chicago, Illinois 60601-4269
www.koreintillery.com

August 31, 2018

**VIA ECF**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      **Re:**   *Nat'l Credit Union Admin. Board, et al. v. Deutsche Bank Nat'l Trust Co.*, No. 14-cv-8919 (S.D.N.Y.)

Dear Judge Stein:

      Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA"), respectfully submits the following information pursuant to the Court's Order dated July 31, 2018 (ECF No. 98). As set forth in NCUA's August 20, 2018 letter (ECF No. 101), NCUA anticipates filing a motion pursuant to Federal Rules of Civil Procedure 15 and 17 for leave to supplement and substitute a separate trustee as the plaintiff for claims held by the NGN Trusts and NCUA as the plaintiff for directly held claims, together with a proposed amended complaint at a time the Court deems appropriate. Plaintiffs' proposed amended complaint will include the trusts and CUSIPs identified on Ex. A, and exclude the trusts and CUSIPs identified on Ex. B. NCUA's proposed amended complaint will also remove claims under the Trust Indenture Act of 1939, 15 U.S.C. § 77aaa *et seq.*, remove claims New York Real Property Law § 124 *et seq.*, and include fewer tort claims.

*One US Bank Plaza*
*505 North 7th Street, Suite 3600*
*Saint Louis, Missouri 63101*
*Tel: 314.241.4844 Fax: 314.241.3525*

Respectfully Submitted,

John A. Libra
*Counsel for National Credit Union
Administration Board, as liquidating agent*

cc: Counsel of Record (via CM/ECF)