# EXHIBIT A

| TRUST | CUSIP |
|---|---|
| ARSI 2005-W3 | 040104PC9<br>040104PD7<br>040104PE5 |
| ARSI 2005-W4 | 040104PY1 |
| ARSI 2006-W3 | 040104SR3 |
| BCAP 2007-AA1 | 05530PAD4<br>05530PAP7 |
| BCAPB 2007-AB1 | 05529DAA0 |
| FFML 2006-FF16 | 320275AD2<br>320275AE0<br>320275AF7 |
| GPMF 2006-OH1 | 39539GAC6 |
| GSR 2006-OA1 | 362631AD5 |
| GSR 2007-AR1 | 362290AC2 |
| GSR 2007-OA1 | 3622NAAB6<br>3622NAAG5 |
| HASC 2006-HE2 | 44328BAE8 |
| HASC 2007-HE1 | 40430FAD4 |
| HVMLT 2004-11 | 41161PKB8<br>41161PKC6<br>41161PKD4<br>41161PKG7 |
| HVMLT 2004-7 | 41161PGH0<br>41161PGK3<br>41161PGR8 |
| HVMLT 2006-14 | 41162NAD9<br>41162NAH0 |
| HVMLT 2006-5 | 41161MAD2<br>41161MAE0 |
| HVMLT 2006-6 | 41161UAD4<br>41161UAF9 |
| HVMLT 2006-8 | 41161GAE3 |
| HVMLT 2006-9 | 41161XAM8<br>41161XAN6 |
| HVMLT 2006-SB1 | 41162BAB9 |
| HVMLT 2007-5 | 41165AAC6<br>41165AAD4 |
| IMSA 2006-1 | 45254TTL8 |

| | |
|---|---|
| IMSA 2006-4 | 45257BAC4<br>45257BAE0 |
| IMSA 2006-5 | 45257EAD6 |
| IMSA 2007-1 | 452559AB3<br>452559AD9 |
| IXIS 2005-HE4 | 45071KCP7 |
| MSAC 2005-HE7 | 61744CWJ1<br>61744CWM4<br>61744CWN2<br>61744CWP7 |
| MSAC 2006-HE2 | 617451EU9<br>617451EW5 |
| MSAC 2006-HE4 | 61748BAC8<br>61748BAE4 |
| MSAC 2006-HE7 | 61750MAF2 |
| MSAC 2006-HE8 | 61750SAE2<br>61750SAF9 |
| MSAC 2007-HE5 | 61753KAD8 |
| MSAC 2007-NC4 | 61755EAD0 |
| MSHEL 2007-2 | 61752UAC9 |
| SABR 2007-BR4 | 81378EAB9 |
| SVHE 2005-B | 83611MHP6 |
| SVHE 2005-OPT4 | 83611MJG4<br>83611MJL3<br>83611MJM1<br>83611MJX7 |