# EXHIBIT B

| TRUST | CUSIP |
|---|---|
| AHM 2006-2 | 02660YAM4<br>02660YAN2 |
| AHM 2007-1 | 026932AC7<br>026932AE3 |
| AHM 2007-2 | 02660CAC4<br>02660CAD2<br>02660CAE0 |
| AHMA 2005-1 | 02660VAD0<br>02660VAJ7 |
| AHMA 2005-2 | 02660VAY4 |
| AHMA 2007-2 | 026930AC1<br>026930AS6 |
| AHMA 2007-3 | 026935AD8 |
| ARSI 2006-W1 | 040104RG8 |
| BCAP 2007-AA2 | 05530NAA5 |
| BCAP 2007-AA3 | 05530VAB5<br>05530VAN9<br>05530VAP4 |
| CDCMC 2004-HE2 | 12506YCW7<br>12506YCX5 |
| DSLA 2007-AR1 | 23333YAE5 |
| FFML 2005-FFH4 | 32027NXB2<br>32027NXE6 |
| FHLT 2004-4 | 35729PGT1<br>35729PGU8<br>35729PGV6 |
| FHLT 2006-3 | 35729MAF4 |
| GSAA 2007-5 | 3622ECAC0 |
| HVMLT 2004-7 | 41161PGG2 |
| HVMLT 2004-8 | 41161PGZ0<br>41161PHA4<br>41161PHC0 |
| HVMLT 2005-14 | 41161PXB4 |

| | |
|---|---|
| HVMLT 2006-14 | 41162NAE7 |
| HVMLT 2007-2 | 41164LAC3<br>41164LAD1 |
| HVMLT 2007-4 | 41164YAD3 |
| IMSA 2006-4 | 45257BAA8 |
| INABS 2006-H1 | 456606MZ2 |
| INDA 2005-AR2 | 45660LZ28 |
| INDA 2006-AR2 | 45661SAE3 |
| INDX 2004-AR5 | 45660NS48<br>45660NS55 |
| INDX 2004-AR8 | 45660N2Q7 |
| INDX 2005-AR10 | 45660LKX6<br>45660LKY4 |
| INDX 2005-AR12 | 45660LMJ5<br>45660LQB8 |
| INDX 2005-AR18 | 45660LWC9<br>45660LWH8 |
| INDX 2005-AR23 | 45660LF61 |
| INDX 2005-AR4 | 45660LEH8<br>45660LEJ4 |
| INDX 2005-AR5 | 45660LGS2 |
| INDX 2005-AR8 | 45660LJK6<br>45660LJL4 |
| INDX 2006-AR12 | 45661VAC0 |
| INDX 2006-AR2 | 45661EAC8<br>45661EAD6 |
| INDX 2006-AR25 | 45661HBD8 |
| INDX 2006-AR29 | 45662DAA3<br>45662DAD7 |
| INDX 2006-AR35 | 45667SAA5<br>45667SAN7<br>45667SAP2 |
| INDX 2006-AR39 | 45660KAB7 |

| | |
|---|---|
| INDX 2006-AR41 | 45668NAB3<br>45668NAD9 |
| INDX 2006-AR6 | 456612AC4 |
| INDX 2007-FLX2 | 45668RAA6<br>45668RAE8 |
| INDX 2007-FLX3 | 45670AAB7 |
| INDX 2007-FLX4 | 456687AB8<br>456687AC6<br>456687AD4<br>456687AE2 |
| INDYL 2005-L1 | 456606HF2 |
| INDYL 2005-L3 | 456606JY9 |
| INDYL 2006-L2 | 45661FAC5 |
| MSAC 2004-NC3 | 61744CBW5<br>61744CBX3 |
| MSAC 2005-NC2 | 61744CPK6<br>61744CPL4 |
| MSAC 2006-HE6 | 61750FAE0 |
| MSAC 2006-NC2 | 617451EJ4 |
| MSAC 2006-NC5 | 61749BAE3 |
| MSAC 2007-NC3 | 61755AAD8<br>61755AAE6 |
| MSIX 2006-1 | 61749QAD2 |
| MSM 2004-11AR | 61748HGT2<br>61748HHB0 |
| MSM 2005-11AR | 61748HTG6 |
| NCHET 2005-C | 64352VNX5<br>64352VPA3<br>64352VPB1 |
| SABR 2006-FR4 | 81377GAC3 |
| SAST 2006-3 | 80556AAD9 |
| SAST 2007-2 | 80556YAD7 |
| SVHE 2006-1 | 83611MKX5<br>83611MKZ0 |