# Exhibit 1.A

*NCUA v. Deutsche Bank Nat'l Trust Co.,* No. 14-cv-08919-SHS
October 5, 2018

**Exhibit A**

| | Trust | Shorthand Trust Name | CUSIP(s) Purchased | Trade Date | Purchaser(s) | Holder |
|---|---|---|---|---|---|---|
| 1 | Argent Securities Inc., Series 2005-W3 | ARSI 2005-W3 | 040104PD7<br>040104PC9<br>040104PE5 | 10/28/2005 | WesCorp, Constitution<br>WesCorp<br>Constitution | NGN 2010-R3 |
| 2 | Argent Securities Inc., Series 2005-W4 | ARSI 2005-W4 | 040104PY1 | 12/12/2005 | US Central | NCUA |
| 3 | Argent Securities Inc., Series 2006-W3 | ARSI 2006-W3 | 040104SR3 | 3/29/2006 | Members | NCUA |
| 4 | BCAP Trust LLC, Series 2007-AA1 | BCAP 2007-AA1 | 05530PAD4<br>05530PAP7 | 2/27/2007 | WesCorp<br>Southwest | NCUA<br>NCUA |
| 5 | BCAPB Trust LLC, Series 2007-AB1 | BCAPB 2007-AB1 | 05529DAA0 | 7/19/2007 | Southwest, Members | NCUA |
| 6 | First Franklin Mortgage Loan Trust 2006-FF16 | FFML 2006-FF16 | 320275AD2<br>320275AF7<br>320275AE0 | 11/30/2006 | US Central | NGN 2010-R3<br>NGN 2011-M1<br>NCUA |
| 7 | GreenPoint Mortgage Funding Trust 2006-OH1 | GPMF 2006-OH1 | 39539GAC6 | 2/8/2007 & 3/13/2007 | WesCorp | NGN 2011-M1 |
| 8 | GSR Mortgage Loan Trust 2006-OA1 | GSR 2006-OA1 | 362631AD5 | 9/29/2006 | WesCorp | NCUA |
| 9 | GSR Mortgage Loan Trust 2007-AR1 | GSR 2007-AR1 | 362290AC2 | 3/15/2007 | US Central | NGN 2011-R2 |
| 10 | GSR Mortgage Loan Trust 2007-OA1 | GSR 2007-OA1 | 3622NAAB6<br>3622NAAG5 | 5/8/2007 | WesCorp | NCUA |
| 11 | HIS Asset Securitization Corporation Trust 2006-HE2 | HASC 2006-HE2 | 44328BAE8 | 12/5/2006 | US Central | NGN 2010-R3 |
| 12 | HSI Asset Securitization Corporation Trust 2007-HE1 | HASC 2007-HE1 | 40430FAD4 | 3/8/2007 | Southwest | NGN 2010-R2 |
| 13 | Harborview Mortgage Loan Trust 2004-11 | HVMLT 2004-11 | 41161PKC6<br>41161PKB8<br>41161PKG7<br>41161PKD4 | 12/30/2004 | WesCorp<br>WesCorp<br>WesCorp<br>Members | NGN 2011-M1<br>NGN 2011-R1<br>NGN 2011-M1<br>NGN 2011-R1 |
| 14 | Harborview Mortgage Loan Trust 2004-7 | HVMLT 2004-7 | 41161PGR8<br>41161PGK3<br>41161PGH0 | 10/14/2004<br>1/31/2005<br>12/30/2004 | US Central<br>Southwest<br>Southwest | NGN 2011-M1<br>NGN 2011-R2<br>NGN 2011-M1 |
| 15 | Harborview Mortgage Loan Trust 2006-14 | HVMLT 2006-14 | 41162NAH0<br>41162NAD9 | 12/22/2006 | WesCorp | NCUA |
| 16 | Harborview Mortgage Loan Trust 2006-5 | HVMLT 2006-5 | 41161MAD2<br>41161MAE0 | 3/13/2007 | WesCorp | NGN 2011-M1<br>NCUA |
| 17 | Harborview Mortgage Loan Trust 2006-6 | HVMLT 2006-6 | 41161UAF9<br>41161UAD4 | 9/22/2006 | US Central | NGN 2011-M1 |

Exhibit A

| | Trust | Shorthand Trust Name | CUSIP(s) Purchased | Trade Date | Purchaser(s) | Holder |
|---|---|---|---|---|---|---|
| 18 | Harborview Mortgage Loan Trust 2006-8 | HVMLT 2006-8 | 41161GAE3 | 8/30/2006 | WesCorp | NCUA |
| 19 | Harborview Mortgage Loan Trust 2006-9 | HVMLT 2006-9 | 41161XAM8<br>41161XAN6 | 10/4/2006<br>3/13/2007 | WesCorp | NCUA<br>NCUA |
| 20 | Harborview Mortgage Loan Trust 2006-SB1 | HVMLT 2006-SB1 | 41162BAB9 | 10/31/2006 | US Central | NGN 2011-M1 |
| 21 | Harborview Mortgage Loan Trust 2007-5 | HVMLT 2007-5 | 41165AAD4<br>41165AAC6 | 7/12/2007 | WesCorp | NCUA<br>NCUA |
| 22 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates, Series 2006-1 | IMSA 2006-1 | 45254TTL8 | 3/30/2006 | Members | NGN 2010-R2 |
| 23 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates, Series 2006-4 | IMSA 2006-4 | 45257BAE0<br>45257BAC4 | 11/16/2006<br>11/16/2006 | WesCorp<br>Southwest | NCUA<br>NGN 2010-R2 |
| 24 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates, Series 2006-5 | IMSA 2006-5 | 45257EAD6 | 12/29/2006 | WesCorp | NGN 2011-M1 |
| 25 | Impac Secured Assets Corp. Mortgage Pass-Through Certificates, Series 2007-1 | IMSA 2007-1 | 452559AD9<br>452559AB3 | 2/22/2007 | WesCorp<br>Southwest | NGN 2011-M1<br>NGN 2010-R3 & NGN 2011-M1 |
| 26 | Ixis Real Estate Capital Trust 2005-HE4 | IXIS 2005-HE4 | 45071KCP7 | 11/23/2005 | WesCorp | NCUA |
| 27 | Morgan Stanley ABS Capital I Inc. Trust 2005-HE7 | MSAC 2005-HE7 | 61744CWP7<br>61744CWM4<br>61744CWN2<br>61744CWJ1 | 12/21/2005 | Constitution<br>Constitution<br>Constitution<br>Members | NGN 2011-M1<br>NGN 2010-R3 & NGN 2011-M1<br>NGN 2011-M1<br>NCUA |
| 28 | Morgan Stanley ABS Capital I Inc. Trust 2006-HE2 | MSAC 2006-HE2 | 617451EW5<br>617451EU9 | 4/28/2006 | Members | NGN 2011-M1<br>NCUA |
| 29 | Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 | MSAC 2006-HE4 | 61748BAE4<br>61748BAC8 | 6/23/2006 | Southwest | NGN 2011-M1<br>NCUA |
| 30 | Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 | MSAC 2006-HE7 | 61750MAF2 | 10/31/2006 | US Central | NGN 2010-R1 |
| 31 | Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 | MSAC 2006-HE8 | 61750SAE2<br>61750SAF9 | 11/29/2006 | Southwest<br>US Central | NGN 2010-R3 |
| 32 | Morgan Stanley ABS Capital I Inc. Trust 2007-HE5 | MSAC 2007-HE5 | 61753KAD8 | 4/26/2007 | Southwest | NCUA |
| 33 | Morgan Stanley ABS Capital I Inc. Trust 2007-NC4 | MSAC 2007-NC4 | 61755EAD0 | 6/20/2007 | Southwest, US Central | NCUA |
| 34 | Morgan Stanley Home Equity Loan Trust 2007-2 | MSHEL 2007-2 | 61752UAC9 | 4/3/2007 | Southwest | NGN 2011-R1 |

**Exhibit A**

| | Trust | Shorthand Trust Name | CUSIP(s) Purchased | Trade Date | Purchaser(s) | Holder |
|---|---|---|---|---|---|---|
| 35 | Securitized Asset Backed Receivables LLC Trust 2007-BR4 | SABR 2007-BR4 | 81378EAB9 | 6/14/2007 | US Central | NCUA |
| 36 | Soundview Home Loan Trust 2005-B | SVHE 2005-B | 83611MHP6 | 10/25/2005 | US Central | NGN 2010-R3 |
| 37 | Soundview Home Loan Trust 2005-OPT4 | SVHE 2005-OPT4 | 83611MJL3<br>83611MJM1<br>83611MJX7<br>83611MJG4 | 11/30/2005 | WesCorp<br>WesCorp<br>US Central<br>WesCorp | NGN 2010-R3 |