UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*,<br><br>    Plaintiffs,<br>  v.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Defendant. | Case No. 1:14-cv-08919-SHS |

**MOTION FOR WITHDRAWAL
OF ATTORNEY FREDERICK GASTON HALL**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, the undersigned hereby moves to withdraw as attorney of record for plaintiffs National Credit Union Administration Board and Graeme Bush.

Withdrawal is sought due to Mr. Hall's impending departure from Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.  Plaintiffs continue to be represented by other able counsel from Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C., Korein Tillery LLC, and Wollmuth Maher & Deutsch LLP identified on the CM/ECF docket.

For good cause shown, Frederick Gaston Hall respectfully requests a Court order granting his withdrawal as attorney of record for Plaintiffs in these matters.

Respectfully submitted,

By:   /s/ *Frederick G. Hall*
Frederick Gaston Hall (*pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
Email:  fhall@kellogghansen.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify than on September 17, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

                                                    /s/ *Frederick G. Hall*