UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *ET AL.*, | : | 14-Cv-8919 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | : | |
| | : | |
| Defendant. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court is in receipt of the parties' joint letter submitted on April 15, 2020 [Doc. No. 201]. Accordingly,

      IT IS HEREBY ORDERED that:

      1. The parties are directed to submit a revised Stipulation and Proposed Scheduling Order on or before May 8, 2020, regardless of the status of Gov. Cuomo's Executive Order No. 202.14, dated April 17, 2020; and

      2. Because the parties indicate that they "have reached an agreement concerning the exchange of information," [*see* Doc. No. 201], the Court deems the parties' February 24, 2020 joint letter concerning the format of document production [Doc. No. 200], as withdrawn.

Dated: New York, New York
      April 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

Case 1:14-cv-08919-SHS   Document 202   Filed 05/01/20   Page 2 of 2