UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL CREDIT UNION ADMINISTRATION BOARD,

                Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST COMPANY,

                Defendant.

14-cv-8919 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received plaintiff NCUA's motion to strike (ECF No. 397; Supporting Mem., ECF No. 398) defendant's *Daubert* motion (ECF No. 390) and its accompanying memorandum in support, declarations, and exhibits. (ECF Nos. 391–95.) This Court denies plaintiff's motion to strike defendant's *Daubert* motion.

    The stay on briefing defendant's *Daubert* motion entered on May 26, 2022, (ECF No. 406), is lifted. The opposition to the *Daubert* motion should be filed by July 29, 2022, and any reply is due by August 5, 2022.

Dated:   New York, New York
           July 13, 2022

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.