KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

August 25, 2025

**VIA ECF**
Honorable Sidney H. Stein
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *National Credit Union Admin. Bd. v. Deutsche Bank Nat'l Trust Co.*, No. 14-cv-8919-SHS

Dear Judge Stein:

Plaintiff NCUA respectfully submits this letter motion, pursuant to Local Rule 7.1(e) and the Court's Individual Practice 1.E, to request a 14-day extension of the deadline to move for clarification or reconsideration of the Court's August 15, 2025, Opinion and Order on motions for summary judgment. ECF 476. No previous extension request has been made for this motion. Counsel for defendant Deutsche Bank does not oppose the extension, stating that: "The Trustee does not object to NCUA's request for an extension so long as any extension would apply to any motion for clarification or reconsideration by either side."

Local Rule 6.3 provides that motions for reconsideration are due 14 days after the relevant order, which here would be Friday, August 29, 2025. Granting the extension would move the deadline to Friday, September 12, 2025. The extension will have no material effect on the case schedule because no trial date is set and this case will proceed next to Phase II discovery concerning expert "loan-level re-underwriting, damages, and any remaining issues." Stipulation and Scheduling Order at 2, ECF 205 (Jul. 20, 2020).

This request is made in good faith and not for purposes of delay. NCUA anticipates seeking limited relief concerning two issues. Good cause exists because counsel requires additional time to evaluate the issues, confer with client NCUA, and prepare a targeted motion that will aid the Court in its consideration. In addition, August vacations and other professional obligations of counsel further warrant the extension. Previously, this Court granted an extension to Deutsche Bank that likewise was based in part on such August scheduling challenges. *See* ECF 438 (Aug. 15, 2022). The Court should grant the extension.

We appreciate the Court's attention to this matter.

**Any party may move for reconsideration of the Opinion and Order on or before September 12, 2025.**

Respectfully submitted,

Dated: New York, New York
August 26, 2025

SO ORDERED:

*/s/ Scott K. Attaway*
Counsel for NCUA

Sidney H. Stein, U.S.D.J.