October 7, 2025

**<u>VIA ECF</u>**
Honorable Sidney H. Stein, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Nat'l Credit Union Admin. Bd. v. Deutsche Bank Nat'l Trust Co.*, No. 14-cv-8919

Dear Judge Stein:

Further to the parties' joint letter, dated September 19, 2025 (Dkt.# 484), and the Court's order, dated September 22, 2025 (Dkt.# 485), the parties write jointly to submit, for the Court's review, approval, and entry, a joint stipulation and proposed order resolving: (1) the entirety of NCUA's "Motion for Clarification or, in the Alternative, Reconsideration" (Dkt.## 479–81); and (2) Sections II and III of the Trustee's "Motion to Reconsider and/or Revise Certain Aspects of the Court's August 15, 2025, Opinion & Order" (Dkt.## 482–83, the "Trustee's Recon. Motion").

The parties have not reached resolution as to Sections I and IV of the Trustee's Recon. Motion and will continue to brief those sections of that motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew M. Duffy* | */s/ Bernard J. Garbutt III* |
| Matthew M. Duffy | Bernard J. Garbutt III |
| Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. | Morgan Lewis & Bockius LLP |
| *Counsel for Plaintiff* | *Counsel for Defendant* |