UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,

                Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

                Defendant.

14-cv-8919 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On August 15, 2025, this Court granted in part and denied in part motions for summary judgment brought by the National Credit Union Administration Board ("NCUA") and Deutsche Bank National Trust Co. ("Deutsche Bank"). *See Nat'l Credit Union Admin. Bd. v. Deutsche Bank Nat'l Tr. Co.*, No. 14-cv-8919, 2025 WL 2380538 (S.D.N.Y. Aug. 15, 2025). On September 12, 2025, NCUA and Deutsche Bank moved for reconsideration of this Court's determination pursuant to Local Civil Rule 6.3. (Dkt. Nos. 480, 483.) Following the Court's October 9, 2025 endorsement of a joint stipulation filed by parties, NCUA's motion for reconsideration was withdrawn in its entirety and only Sections I and IV of Deutsche Bank's motion remained pending before the Court. (Dkt. No. 487.)

    Reconsideration of a previous order is an "extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *R.F.M.A.S., Inc. v. Mimi So*, 640 F. Supp. 2d 506, 509 (S.D.N.Y. 2009) (quoting *In re Health Mgmt. Sys., Inc. Sec. Litig.*, 113 F. Supp. 2d 613, 614 (S.D.N.Y. 2000)). Motions for reconsideration should only be granted when "the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). "Alternately, the movant must demonstrate the need to correct a clear error or prevent manifest injustice." *Griffin Indus., Inc. v. Petrojam, Ltd.*, 72 F. Supp. 2d 365, 368 (S.D.N.Y. 1999) (citation modified).

    Section I of Deutsche Bank's motion fails to demonstrate that the Court overlooked factual matters or controlling case law in rendering its earlier decision and is therefore denied. The Court reserves judgment on Section IV of Deutsche Bank's motion pending

1

resolution by the Court of Deutsche Bank's motion to exclude the report and testimony of Leonard A. Blum. (*See* Dkt. No. 393.)

Dated: New York, New York
October 28, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.