UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION ADMINISTRATION BOARD,

Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendant.

14-cv-8919 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant Deutsche Bank's letter motion seeking a protective order precluding NCUA's damages expert from claiming damages as to loans for which New Century, American Home, Accredited, Indy Mac, or First NLC were responsible document defect parties. (*See* Dkt. No. 496 at 1; *see also* Dkt. Nos. 497, 498.)

In a stipulation submitted by the parties and endorsed by this Court on October 9, 2025, the Court dismissed "NCUA's Document Defect Claims as to *loans* for which New Century, American Home, Accredited, Indy Mac, or First NLC were responsible document defect parties." (Dkt. No. 487 at 2 (emphasis added).) In light of the Court's dismissal of NCUA's document defect claims as to these loans, NCUA's proposed discovery is neither relevant nor proportional to the needs of the case, *see* Fed. R. Civ. P. 26(b)(1), and Deutsche Bank's motion for a protective order (Dkt. No. 496) is granted.

Dated: New York, New York
July 30, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.